UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PEDRO ESPINOSA,

      Plaintiff,

v.                            Case No. 1:08-CV-736

J. SALADIN and L. HUDSON,        HON. GORDON J. QUIST

      Defendants.
_____/

## JUDGMENT

In accordance with the Order entered this date, judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated: September 23, 2009                         /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE